# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-CV-00779-FDW-DCK

| | |
|---|---|
| MARINER FOUNDATION<br>MOUNTAIN ISLAND DAY COMMUNITY<br>CHARTER SCHOOL,<br><br>    Plaintiffs,<br><br> v.<br><br>LISA LEWIS<br>MEGAN ZUGELDER MAY<br>INSPIRE PERFORMING ARTS COMPANY,<br>LLC,<br><br>    Defendants. | **ORDER** |

THIS MATTER is before the Court on Plaintiffs' Motion for a Preliminary Injunction (Doc. No. 2). For the reasons stated in open court on the record after a hearing on Monday, September 9, 2024, the motion is DENIED. As also stated at the hearing, the Court intends to assign this case to the fast track as that is defined in this Court's standing orders. The Court DIRECTS Defendants to file an answer by the already-established deadline of October 28, 2024, even if it is accompanied by a motion to dismiss. The Court also DIRECTS the parties to conduct the Initial Attorneys Conference as soon as possible after the responsive pleading is filed and to file the Rule 26(f) report no later than November 4, 2024, so that a case management order can promptly issue.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Preliminary Injunction (Doc. No. 2), is DENIED.

**IT IS FURTHER ORDERED** that:

1

a. Defendants are DIRECTED to file an answer by the responsive pleading deadline of October 28, 2024, even if it is accompanied by a motion to dismiss;

b. The Parties are DIRECTED to file the Rule 26(f) report no later than November 4, 2024.

**IT IS SO ORDERED.**

Signed: September 10, 2024

Frank D. Whitney
United States District Judge