# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-CV-779-KDB-DCK

| | |
|---|---|
| MOUNTAIN ISLAND DAY COMMUNITY CHARTER SCHOOL, et al., | )<br>)<br>) |
| Plaintiffs/Counterclaim Defendants, | ) **ORDER**<br>) |
| v. | )<br>) |
| INSPIRE PERFORMING ARTS COMPANY, LLC. et al., | )<br>)<br>) |
| Defendants/Counterclaim Plaintiffs/<br>Third-Party Plaintiffs, | )<br>)<br>) |
| v. | ) |
| JACSON DAY SCHOOL BOARD OF DIRECTORS, et al., | )<br>)<br>) |
| Third-Party Defendants. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion for Extension of Time to File Responses and Replies to Plaintiffs' and Third-Party Defendants' Motions to Dismiss and Consent Motion to Stay Initial Attorney's Conference and Filing of CIAC Report" (Document No. 58) filed January 13, 2025. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C §636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting the parties' agreement, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion for Extension of Time to File Responses and Replies to Plaintiffs' and Third-Party Defendants' Motions to Dismiss" (Document No. 58) is **GRANTED**. Defendants shall file Responses to Plaintiffs' and Third-Party Defendants' Motion to Dismiss for Lack of Jurisdiction and Motion to Dismiss for Failure to State

a Claim (Document Nos. 54 and 56) on or before **January 28, 2025**.  Plaintiffs and Third-Party Defendants shall file Replies in support of the Motions to Dismiss (Document Nos. 54 and 56) on or before **February 11, 2025**.

    **IT IS FURTHER ORDERED** that the Initial Attorney's Conference and the filing of a Certification of Initial Attorney's Conference is stayed until such time as the issues are joined in accordance with Local Rule 16.1, unless otherwise ordered by the Court.

    **SO ORDERED**.

Signed: January 13, 2025

David C. Keesler
United States Magistrate Judge